NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER C. HOLDER,               )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-5110
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for DeSoto County; Don T. Hall,
Judge.


PER CURIAM.

        Affirmed.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004); Kirkland v.

State, 684 So. 2d 732 (Fla. 1996); Mungin v. State, 689 So. 2d 1026 (Fla. 1995); Olsen

v. State, 751 So. 2d 108 (Fla. 2d DCA 2000); State v. Broom, 523 So. 2d 639 (Fla. 2d

DCA 1988); Farrell v. State, 62 So. 3d 20 (Fla. 1st DCA 2011); Branch v. State, 990 So.

2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So. 2d 259 (Fla. 3d DCA 2007).


MORRIS, SLEET, and ATKINSON, JJ., Concur.